**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FARO TECHNOLOGIES, INC.,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　Case No. **6:05-cv-1702-Orl-31JGG**

**CIMCORE CORPORATION; ROMER, INC.; ROMER CIMCORE INC., HEXAGON HOLDINGS, INC. & HEXAGON METROLOGY NORTH AMERICA, a division of HEXAGON AB,**

        **Defendants.**
_____/

## ORDER

Defendants, Romer, Inc., Cimcore Corporation, and Hexagon Holdings, Inc., have filed a Motion to Dismiss the Complaint (Doc. 17). In that Motion, Defendants contend, *inter alia*, that Hexagon Metrology North America and Romer Cimcore, Inc. (named as defendants in the Complaint) should be dismissed because they are not legal entities subject to suit. Plaintiff's opposition memorandum (Doc. 42) concedes that point and assents to the dismissal of those two "entities." Accordingly, it is

**ORDERED** that the Motion is GRANTED, in part. Hexagon Metrology North America and Romer Cimcore are DISMISSED from this action. The Court has under consideration, the balance of the Motion to Dismiss.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 16, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE