**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FARO TECHNOLOGIES, INC.,**

        **Plaintiff,**

**-vs-**                                     **Case No. 6:05-cv-1702-Orl-31JGG**

**CIMCORE CORPORATION; ROMER, INC.; ROMER CIMCORE INC., HEXAGON HOLDINGS, INC. & HEXAGON METROLOGY NORTH AMERICA, a division of HEXAGON AB,**

        **Defendants.**
_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **PLAINTIFF'S ASSENTED-TO MOTION TO FILE ITS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND EXHIBITS IN SUPPORT THEREOF UNDER SEAL (Doc. No. 41)**
>
> **FILED:**     February 10, 2006
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiff shall, within 5 days, file **under seal**, for *in camera* review, an unredacted version of its Response to the Motion to Dismiss and the exhibits related thereto. It is further

**ORDERED** that Defendants shall show cause in writing by March 3, 2006 why these documents should remain under seal.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 16, 2006.

                                                                    GREGORY A. PRESNELL
                                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party