# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FARO TECHNOLOGIES, INC.,**

        **Plaintiff,**

**-vs-**	**Case No. 6:05-cv-1702-Orl-31JGG**

**CIMCORE CORPORATION; ROMER, INC., and HEXAGON HOLDINGS, INC.**
        **Defendants.**
_____/

## ORDER

Upon consideration of Defendant Hexagon Holdings, Inc.'s Motion to File Discovery Information under Seal (Doc. 48), it is

**ORDERED** that the Motion is GRANTED. Defendant shall, by March 10, 2006, file under seal a complete transcript of the Gruber deposition, with highlights designating those portions which it seeks to keep confidential, and marginal annotations as to why these designated portions should remain under seal.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 2, 2006.

                                            GREGORY A. PRESNELL
                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party